1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9

**EASTERN DIVISION**

10
11

DIANE L. McNEILL,                           )      No. ED CV 10-1090-PLA
                                            )
12

                    Plaintiff,              )
                                            )      **JUDGMENT**
13

          v.                                )
                                            )
14

MICHAEL J. ASTRUE,                          )
COMMISSIONER OF SOCIAL                      )
15

SECURITY ADMINISTRATION,                    )
                                            )
16

                    Defendant.              )
                                            )
17
18

          In accordance with the Memorandum Opinion filed concurrently herewith,

19

          IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social

20

Security Administration, is reversed and this case is remanded for further administrative

21

proceedings consistent with the Memorandum Opinion.

22
23

DATED: March 14, 2011

24

                                        _____
                                                    PAUL L. ABRAMS
                                          UNITED STATES MAGISTRATE JUDGE

25
26
27
28